AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Columbia _____

Cassie Eleson

V.

United States

**SUMMONS IN A CIVIL ACTION**

CA

CASE NUMBER 1:06CV01553

JUDGE: Emmet G. Sullivan

DECK TYPE: Pro se General Civil

DATE STAMP: 8/31/2006

RECEIVED NOV 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE ▬▬▬▬ (name and address)

Cassie Eleson
P.O. Box 2807
Honolulu, Hawaii 96803

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            AUG 3 1 2006
CLERK                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/24/2006 |
| NAME OF SERVER (PRINT) Cossie Eleson | TITLE Pro se Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☒ ~~Returned unexecuted:~~ via registered mail on 11/24/2006 to: Alberto Gonzales United States Attorney General 950 Pennsylvania Ave Washington, DC 20530

☐ ~~Other (specify):~~

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/24/06
Date

Signature of Server: Cassie Eleson

Address of Server: PO Box 2807 Honolulu, HI 96803

I know I mailed the Summons in a Civil Case the first week in September, however I am unable to locate the verification mailing. I moved to a new location during that time and some paper seem to have been lost. I am therefore sending this Return of Service and a copy of the Complaint again. Please pardon the condition of the Return of Service. The apartment upstairs had a leak and all the papers on my desk got wet. Cassie Eleson

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIVED
NOV 27 2006
NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

_____ District of _____ Columbia _____

Cassie Eleson

V.

United States

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER   1:06CV01553

JUDGE: Emmet G. Sullivan

DECK TYPE: Pro se General Civil

DATE STAMP: 8/31/2006

TO: (Name and address of Defendant)

Kenneth L. Wainstein,
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530
Attention: Civil Process Clerk

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

Cassie Eleson
P.O. Box 2807
Honolulu, Hawaii 96803

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG 3 1 2006
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 11/24/06 |
| NAME OF SERVER (PRINT) Cassie Eleson | TITLE | Pro se Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): mailed via Registered Mail on 11/24/06 to: Kenneth L. Wainstein, United States Attorney, District of Columbia, 555 4th St NW, Washington, DC 20530 attn: Civil Process clerk

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/24/06
Date

Signature of Server: Cassie Eleson

Address of Server: PO Box 2807, Honolulu HI 96803

I know I mailed the Summons in a Civil Case the first week in September, however I am unable to locate the verification mailing. I moved to a new location during that time and some paper seem to have been lost. I am therefore sending this Return of Service and a copy of the Complaint again. Please pardon the condition of the Return of Service. The apartment upstairs had a leak and all the papers on my desk got wet.

Cassie Eleson

RECEIVED
NOV 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.