Cassie Eleson
U.S.P.S. Box 89008
Honolulu, Hawaii 96830
808-926-4440

April 27, 2007

TO WHOM IT MAY CONCERN

RE: Case No. 1:06-1553(EGS)
    In the U. S. District Court for the District of Columbia

**RECEIVED**

MAY 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Please change the mailing address of the Plaintiff to:

Cassie Eleson
U.S.P.S .Box 89008
Honolulu, Hawaii 96830

The previous P. O. Box 2807, Honolulu, Hawaii 96803, will be closed as of 5/1/07.

All future correspondence is to be mailed to the address on this letterhead.

Thank you

*Cassie Eleson*

Cassie Eleson

cc Pat S. Genis, #446244