# United States District Court
### IN THE DISTRICT OF COLUMBIA

**RECEIVED**

Cassie Eleson

      Plaintiff,

v.

United States Government

      Defendant.

Case No. 1:06-1553 (EGS)

MOTION FOR LEAVE TO FILE SUR-REPLY TO REPLY TO RESPONSE TO MOTION TO DISMISS

MAY 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff respectfully requests leave to file the SUR-REPLY TO REPLY TO RESPONSE TO MOTION TO DISMISS, lodged herewith. SUR-REPLY is necessary to address respondents' misrepresentation as to the current status of the law, as interpreted by the United States Supreme Court in *Arbaugh v. Y & H Corp.*, 126 S. Ct. 1235, 1245 (Feb. 22, 2006), and *Jones v Bock* (Nos. 05-7058 and 05-7142) __ U.S. ____, (Argued: October 30, 2006 – Decided: January 22, 2007), and to advise the Court of "promulgative irregularities" of 26 CFR 301.7433-1.

Respectfully,

Dated: May 22, 2007

*Cassie Eleson*
Cassie Eleson

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the following:

MOTION FOR LEAVE TO FILE SUR-REPLY TO REPLY
TO RESPONSE TO MOTION TO DISMISS

by placing same in the U. S. Mail Postage prepaid Express Mail to the following named persons on May 23, 2007.

UNITED STATES DISTRICT COURT
IN THE DISTRICT OF COLUMBIA

PAT S. GENIS, #446244
U. S. Department of Justice
P.O. Box 227
Washington, DC 20044

Dated May 23, 2007

_____
Cassie Eleson