**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                   )
CASSIE ELESON,                     )
                                   )
            Plaintiff,             )
                                   )   Civil Action No. 06-1553 (EGS)
       v.                          )
                                   )
UNITED STATES,                     )
                                   )
            Defendant.             )
_____)

### ORDER

For the reasons articulated in the court's memorandum opinion issued this same day, it is hereby

**ORDERED** that the government's motion to dismiss is **GRANTED;** and it is

**FURTHER ORDERED** that the plaintiff's claims are **DISMISSED with prejudice**. This is a final appealable order. *See* Fed. R. App. P. 4(a).

This court will issue a Memorandum Opinion with the reasoning behind its Order in due course.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan
           United States District Judge
           September 28, 2007**