UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
CASSIE ELESON,                 )
                               )
            Plaintiff,         )
                               )   Civil Action No. 06-1553 (EGS)
       v.                      )
                               )
UNITED STATES,                 )
                               )
            Defendant.         )
_____)
```

### ORDER

For the reasons articulated in the Court's memorandum opinion issued on October 31, 2007, it is hereby

**ORDERED** that the government's motion to dismiss is **GRANTED**; and it is

**FURTHER ORDERED** that the plaintiff's claims are **DISMISSED with prejudice**.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**           United States District Judge**
**           October 31, 2007**